IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 07-89-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICHARD R. LAUFER, | |
| Defendant. | |

Upon the United States' Motion to Amend Restitution Payee and Brief in Support of Motion to Amend Restitution Payee (Doc. 108), and for good cause appearing;

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED**. Due to the death of Bill MacIntyre on January 12, 2019, the restitution due to Bill MacIntyre shall be disbursed to the following:

Shane A. MacIntyre
269 W. Front Street
Missoula, MT 59802

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of September, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. District Court Judge